IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

**LEANN J. NESSELRODTE,**
on behalf of herself and all others
similarly situated,

        Plaintiff,

v.                                                       Civil Action No. 3:11-CV-95
                                                          (GROH)

**DIVAS, LLC,**

        Defendant.

## ORDER DISMISSING CASE

Inasmuch as the parties have informed this Court that they have reached a settlement agreement on all issues in the above-styled action, it is **ORDERED** that this civil action be, and the same is hereby, **DISMISSED WITH PREJUDICE** and retired from the docket of this Court, subject to reopening on motion of any party, and for good cause shown, within ninety (90) days.

The parties need not submit any additional proposed dismissal or other final order unless it is required by law or is necessary under the terms of any agreement resolving this civil action.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** October 17, 2012.

                                                                GINA M. GROH
                                                                UNITED STATES DISTRICT JUDGE